**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1805**

---

RODERICK L. MILES,

    Plaintiff - Appellant,

  v.

FRANK BISIGNANO, Commissioner of Social Security; MEREDITH TUCKER EDWARDS; BOB BOLLINGER,

    Defendants - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:22-cv-01116-WO-JEP)

---

Submitted:  May 28, 2026          Decided:  June 1, 2026

---

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Roderick L. Miles, Appellant Pro Se.  Christopher John Brackett, Special Assistant United States Attorney, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland; Jean Godfrey, Special Assistant United States Attorney, CHICAGO TRANSIT AUTHORITY, Chicago, Illinois, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Roderick L. Miles  appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Miles v. Bisignano*, No. 1:22-cv-01116-WO-JEP  (M.D.N.C. June 17, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*